UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA FEKADU MESSELE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MARCO RUBIO,<br><br>　　　　Defendant. | Case No. 25-cv-00150-RFL<br><br>**ORDER DENYING MOTION TO STRIKE**<br><br>Re: Dkt. No. 19 |

　　　　Plaintiffs move to strike six paragraphs in Defendant's answer to the first amended complaint. (*See* Dkt. No. 19 (the "Motion").) Essentially, they question the veracity and forthrightness of Defendant's responses. (*See also* Dkt. No. 21 at ECF Page 2 (statements at issue "either ignore the existence of facts that are exclusively defined by Department of State records or are internally inconsistent with other admissions in" the answer).) Those are not valid reasons for striking pleadings under Federal Rule of Civil Procedure 12(f), and Plaintiffs do not explain how their concerns fall within the scope of the rule. *See* Fed. R. Civ. P. 12(f) ("The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."). Further, Rule 12(f) serves "to avoid the expenditure of time and money that must arise from litigating spurious issues by dispensing with those issues prior to trial," but granting the Motion would not further those aims, as Plaintiffs' objections present questions of fact that are better addressed at a later stage. *See Whittlestone, Inc. v. Handi-Craft Co.*, 618 F.3d 970, 973 (9th Cir. 2010) (citation omitted). Accordingly, the Motion is **DENIED**.

　　　　**IT IS SO ORDERED.**

Dated: September 2, 2025

　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge